[No. 30537-6-III.   Division Three.   December 5, 2013.]

KEITH L. DIXON ET AL., *Appellants*, v. YAKIMA HMA, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-2-01820-1, F. James Gavin, J., entered December 20, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Fearing, JJ.

[No. 30796-4-III.   Division Three.   December 5, 2013.]

THEODORE ERB, SR., *Appellant*, v. THE DEPARTMENT OF LABOR & INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-2-02033-4, Robert G. Swisher, J., entered March 19, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Fearing, JJ.

[No. 31394-8-III.   Division Three.   December 5, 2013.]

ARTHUR GRESH, *Appellant*, v. OKANOGAN COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 11-2-00491-2, Jack Burchard, J., entered January 19, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Fearing, JJ.

[No. 68603-8-I.   Division One.   December 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TJUAN BLYE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01279-9, George N. Bowden, J., entered March 20, 2012. *Reversed* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Lau, JJ.